**Order entered July 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00525-CV

**DONALD DAVIS, Appellant**

**V.**

**ATTORNEY GENERAL, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-01417-T**

## ORDER

Because the clerk's record has been filed, we **DENY** appellant's motion to direct the District Clerk to file the clerk's record. On our own motion, we **DIRECT** the Clerk of the Court to send a paper copy of the clerk's record to appellant, a pro se inmate, and extend the deadline for filing appellant's brief to August 31, 2015.

/s/     ELIZABETH LANG-MIERS
        JUSTICE